**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARCO ANTONIO VELASCO-ACEVES, <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER Jr., Attorney General, <br><br> Respondent. | No. 06-75615 <br><br> Agency No. A076-618-140 <br><br> MEMORANDUM [*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted March 16, 2010 [**]

Before:     SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

Marco Antonio Velasco-Aceves, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' order affirming an immigration

judge's decision denying his application for adjustment of status.  We have

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

IH/Research

jurisdiction pursuant to 8 U.S.C. § 1252. We review de novo questions of law, *Fernandez-Ruiz v. Gonzales*, 468 F.3d 1159, 1163 (9th Cir. 2006), and we deny the petition for review.

Contrary to Velasco-Aceves' contention, he does not qualify for relief under the Federal First Offender Act ("FFOA"), 18 U.S.C. § 3607, because he previously received the state-law equivalent of FFOA relief with respect to his 1984 charge. *See De Jesus Melendez v. Gonzales*, 503 F.3d 1019, 1026 (9th Cir. 2007) (alien may not avoid the immigration consequences of a drug conviction as a first offender when, as a result of a prior drug possession arrest, he was granted pretrial diversion under California law and was not required to plead guilty).

**PETITION FOR REVIEW DENIED.**